IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE PEREZ, et al.,

    Plaintiffs,

  vs.                          CIV S-08-2412 LKK KJM PS

INDYMAC BANK,

    Defendant.          <u>ORDER</u>

_____/

        Plaintiffs have not paid the fee ordinarily required to file an action in this court, and have filed an incomplete application to proceed without prepayment of fees in that the application is not signed by both plaintiffs. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). In addition, the application is inconsistent in that sections 3(d) and (e) indicate both "yes" and "no" to the question as to whether plaintiffs have received any money from disability, workers' compensation and gifts or inheritances within the past twelve months. In addition, although the application indicates plaintiff Jose Perez has zero assets and zero income, he indicates four people as dependent on him for support. Plaintiff is reminded that the application must be signed under penalty of perjury and that false statements in the application to proceed in forma pauperis will be sanctioned severely, including possible dismissal of the action or other sanctions as the court deems appropriate.

1    Plaintiff will be provided the opportunity to submit another affidavit in support of
2 a request to proceed in forma pauperis, signed by both plaintiffs, or the appropriate filing fee.
3    In accordance with the above, IT IS HEREBY ORDERED that:
4    1. Plaintiffs shall submit, within twenty days from the date of this order, either a
5 completed application and affidavit in support of the request to proceed in forma pauperis on the
6 form provided by the Clerk of Court, signed by both plaintiffs under penalty of perjury, or the
7 appropriate filing fee; plaintiffs' failure to comply with this order will result in a
8 recommendation that this action be dismissed; and
9    2. The Clerk of the Court is directed to send plaintiffs a new Application to
10 Proceed In Forma Pauperis used in pro se cases.
11 DATED: October 22, 2008.

                 _____
                 U.S. MAGISTRATE JUDGE

006
perez.inc