IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE PEREZ, et al.,

      Plaintiffs,                   CIV S-08-2412 LKK KJM PS

      v.

INDYMAC BANK,

      Defendant.                <u>FINDINGS & RECOMMENDATIONS</u>

/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). As provided by Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order setting status conference, filed November 5, 2008, plaintiffs were cautioned that this action might be dismissed if service was not timely completed. This action was filed October 14, 2008 and plaintiffs have not yet served defendant with summons.

        A status conference was held before the undersigned on March 25, 2009. Plaintiffs did not file a status report and failed to appear. It appears plaintiffs have abandoned this litigation.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

/////

1   These findings and recommendations are submitted to the United States District
2 Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days
3 after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties. Such a document should be captioned
5 "Objections to Findings and Recommendations." Any reply to the objections shall be served and
6 filed within ten days after service of the objections. The parties are advised that failure to file
7 objections within the specified time may waive the right to appeal the District Court's order.
8 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
9 DATED: March 26, 2009.

_____
U.S. MAGISTRATE JUDGE

006
perez.4m.57